UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICK COLLINS, INC.,

                Plaintiff,

vs.                                   Case No. 8:12-cv-01668-JDW-TBM

JOHN DOES 1 - 17,

                Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court *sua sponte*. Upon review of the Complaint (Dkt. 1), it appears that the just and expeditious disposition of this case would be best served by severing the Doe Defendants for the reasons stated in this Court's Order in Case No. 8:12-cv-1667-JDW-MAP.[1]

Accordingly,

1) Plaintiff is ordered to **SHOW CAUSE** by **January 4, 2013** why the Doe Defendants should not be severed and the claims against Does 2-17 dismissed without prejudice.

2) This matter is STAYED until resolution of the show cause order. This includes a stay of all discovery, attempts to discover the identities of the Doe Defendants, and settlement overtures.

**DONE AND ORDERED** this 10th day of December, 2012.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties

---

[1] *See Malibu Media, LLC v. John Does 1 - 28*, Case No. 8:12-cv-1667-JDW-MAP, Dkt. 22 (M.D. Fla. Dec. 6, 2012).